IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Sharpe, Donald C | Case Number:  08 B 05396 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/24/08 | Filed:  3/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: June 17, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 2. | Citi Residential Lending Inc | Secured | 40,297.43 | 0.00 |
| 3. | Internal Revenue Service | Priority | 16,173.74 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 589.31 | 0.00 |
| 5. | GE Money Bank | Unsecured | 139.78 | 0.00 |
| 6. | Capital One | Unsecured | 1,039.05 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 1,132.51 | 0.00 |
| 8. | Wells Fargo Financial Illinois Inc | Unsecured | 279.82 | 0.00 |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Bank One | Unsecured | | No Claim Filed |
| 11. | Citi Residential Lending Inc | Unsecured | | No Claim Filed |
| 12. | CitiFinancial | Unsecured | | No Claim Filed |
| 13. | Bank One | Unsecured | | No Claim Filed |
| 14. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |
| 15. | CitiMortgage Inc | Unsecured | | No Claim Filed |
| 16. | Discover Financial Services | Unsecured | | No Claim Filed |
| 17. | GEMB | Unsecured | | No Claim Filed |
| 18. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 19. | GEMB | Unsecured | | No Claim Filed |
| 20. | Discover Financial Services | Unsecured | | No Claim Filed |
| 21. | HSBC | Unsecured | | No Claim Filed |
| 22. | GEMB | Unsecured | | No Claim Filed |
| 23. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |
| 24. | Harris Bank | Unsecured | | No Claim Filed |
| 25. | Target National Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sharpe, Donald C | Case Number: 08 B 05396 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 6/24/08 | Filed: 3/7/08 |

| | | | | |
|---|---|---|---|---|
| 26. | GEMB | Unsecured | | No Claim Filed |
| 27. | Harris Bank | Unsecured | | No Claim Filed |
| 28. | Nicor Gas | Unsecured | | No Claim Filed |
| 29. | Nicor Gas | Unsecured | | No Claim Filed |
| 30. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 31. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 32. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 33. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 34. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 35. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 36. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 37. | TNB Card | Unsecured | | No Claim Filed |
| 38. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 39. | Option One Mortgage Corp | Unsecured | | No Claim Filed |
| 40. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 41. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 59,651.64 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

